IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

TCP Block I South, LLC,

                                                          Case No. 3:23-cv-425-CWR-FKB

         Plaintiff,

      v.

Melody Lynch; and
William F. Lynch, IV,

         Defendants.

___

### NOTICE OF FILING STATE COURT PLEADINGS
___

TO:    All Attorneys of Record

Notice is given Melody Lynch and William F. Lynch, IV file all pleadings and other matters in the underlying state court matter, the Circuit Court of Madison County, bearing Cause No. 45CI1:23-cv-00061-JA, attached as Ex. A.

This the 10th day of July, 2023.

                                              Respectfully submitted,

                                              */s/ W. Lee Watt*
                                              By: W. Lee Watt

OF COUNSEL:

W. Lee Watt (MSB #6998)
Watt Firm PLLC
265 Market Street
Flowood, MS 39232
lwatt@wattfirm.com
601.401.0355 (office)
601.401.0355 (fax)

## CERTIFICATE OF SERVICE

    I, W. Lee Watt, certify that I have this date served, via United States Mail, postage prepaid or via the ECF Notification Service, which provides electronic notice, a true and correct copy of the above and foregoing Notice to all counsel.

    This the 10th day of July, 2023.

                                                    */s/ W. Lee Watt*
                                                     W. Lee Watt